**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No. 9:23-80512-CIV-ROSENBERG/REINHART

JOHN F. MORRISON, M.D., an individual
& MORRISON CLINIC, P.A., a Florida
professional association,

      Plaintiffs,

v.

DELRAY MEDICAL CENTER, INC., a
Florida corporation, DELRAY MEDICAL
CENTER MEDICAL STAFF
CORPORATION, a Florida not-for-profit
corporation, NEUROSURGICAL
CONSULTANTS OF SOUTH FLORIDA,
LLC d/b/a BRAIN AND SPINE CENTER
OF SOUTH FLORIDA, a Florida limited
liability company, & LLOYD ZUCKER,
M.D., an individual,

      Defendants.

_____

## ORDER GRANTING JOINT MOTION FOR PRELIMINARY SCHEDULING ORDER (ECF No. 102)

This matter is before the Court following the parties' consent to have me preside over the

final disposition of this case.  ECF Nos. 100, 101.  The parties have filed a joint motion for a

preliminary scheduling order (ECF No. 102) which is hereby GRANTED as follows:

      (a)   By September 15, 2023, Plaintiffs will withdraw their 12(b)(6) Motion to

Dismiss Defendant Delray Medical Center, Inc.'s (DMC) Counterclaims against Dr. Morrison

(ECF Nos. 76, 79), and serve responses to Defendant Delray Medical Center, Inc.'s Second Set

of Interrogatory Nos. 1 and 2;

1

(b)     By September 15, 2023, Plaintiffs will file an Answer to DMC's Counterclaims;

(c)     By October 27, 2023, Defendant Delray Medical Center, Inc. will file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c);

(d)     By December 1, 2023, Plaintiffs will file their response in opposition to Defendant Delray Medical Center, Inc.'s motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c);

(e)     By December 18, 2023, Defendant Delray Medical Center, Inc. will file its reply brief in support of its motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c);

(f)     Any oral argument regarding the motion for judgment on the pleadings pursuant to Federal Rule 12(c) shall be scheduled to take place on or after January 29, 2024, unless the Parties jointly advise the Court that schedules permit an earlier date;

(g)     Except with respect to Defendant Delray Medical Center, Inc.'s Second Set of Interrogatory Nos. 1 and 2 referenced in Section (1)(a) above, all other discovery, including third-party discovery except for the third-party discovery referenced in Section (h) below, will be stayed until such time as there is a ruling on Defendant Delray Medical Center, Inc.'s motion for judgment on the pleadings; and

(h)     The following third-party discovery shall not be stayed and shall continue pending a ruling by Judge Reinhart on Defendant Delray Medical Center, Inc.'s motion for judgment on the pleadings: the parties' pending third-party discovery related to Dr. Morrison's involvement with other hospitals and medical schools and his participation in various state's physician health programs.

If, following a ruling on Defendant Delray Medical Center, Inc.'s motion for judgment on the pleadings, the case is not dismissed by the Court or the Parties, the Parties shall: (1) within 14 days of any such ruling, request a scheduling hearing with the Court to discuss the timing of summary judgment motions, *Daubert* motions, motions in limine, pre-trial motions, and set a trial date; (2) within 30 days of any such ruling, the parties' shall each have an opportunity to amend the pleadings, and (3) agree to a 6-month discovery schedule in which the Parties will agree to, among other things, complete document productions within 30 days of the Court's ruling and complete fact and expert discovery within the subsequent 5-month period following completion of the Parties' respective document productions.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 14th day of September 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3