IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-80512-CIV-REINHART

JOHN F. MORRISON, M.D., an individual
& MORRISON CLINIC, P.A., a Florida
professional association,

    Plaintiffs,

v.

DELRAY MEDICAL CENTER, INC., a
Florida corporation, DELRAY MEDICAL
CENTER MEDICAL STAFF
CORPORATION, a Florida not-for-profit
corporation, NEUROLOGICAL
CONSULTANTS OF SOUTH FLORIDA,
LLC d/b/a BRAIN AND SPINE CENTER
OF SOUTH FLORIDA, a Florida limited
liability company, & LLOYD ZUCKER,
M.D., an individual,

    Defendants.
    _____/

## DEFENDANT DELRAY MEDICAL CENTER, INC.'S
## NOTICE OF STRIKING DE 128

Notice is hereby given of striking Defendant Delray Medical Center, Inc.'s Reply in Further Support of Motion for Partial Judgment on the Pleadings [DE 128], which contained an error. Defendant Delray Medical Center, Inc. will immediately file a corrected Reply in Further Support of Motion for Partial Judgment on the Pleadings in compliance with the CM/ECF Admin. Procedures.

Dated: December 18, 2023

                                                                                Respectfully submitted,

| | |
|---|---|
| **LASH GOLDBERG LLP** | **ALSTON & BIRD** |
| Miami Tower, Suite 1200 | One Atlantic Center, Suite 4900 |
| 100 Southeast Second Street | 1201 West Peachtree Street |
| Miami, FL 33131 | Atlanta, GA 30309-3424 |
| Tel: 305-347-4040 | Tel: 404-881-7850 |
| Fax: 305-347-4050 | Fax: 404-253-8153 |
| | |
| By: */s/ Martin B. Goldberg* | By: */s/ Christopher C. Marquardt* |
|     **MARTIN B. GOLDBERG** |     **CHRISTOPHER C. MARQUARDT** |
|     Florida Bar No. 827029 |     chris.marquardt@alston.com |
|     mgoldberg@lashgoldberg.com |     ***WILLIAM H. JORDAN** |
|     rdiaz@lashgoldberg.com |     bill.jordan@alston.com |
| |     ***LAURA A. KOMAREK** |
| |     laura.komarek@alston.com |
| By: */s/ Jonathan E. Siegelaub* |     ***CHRISTOPHER J. KELLEHER** |
|     **JONATHAN E. SIEGELAUB** |     chris.kelleher@alston.com |
|     Florida Bar No. 1019121 |     ***ALEXANDRIA ISOM** |
|     jsiegelaub@lashgoldberg.com |     alexandria.isom@alston.com |
|     aromero@lashgoldberg.com | |
| |     ***BRADLEY M. SMYER** |
| |     brad.smyer@alston.com |
| |     **ALSTON & BIRD LLP** |
| | Chase Tower, Suite 2300 |
| | 2200 Ross Avenue |
| | Dallas, TX 75201 |
| | Tel: 214-922-3400 |
| | Fax: 214-922-3899 |
| | |
| | **Admitted Pro Hac Vice* |

*Counsel for Defendants Delray Medical Center, Inc.*
*and Delray Medical Center Medical Staff Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of December 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF, which will effect service upon the following counsel:

Harvey W. Gurland, Jr.
Julian A. Jackson-Fannin
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318
HWGurland@duanemorris.com
PNMendoza@duanemorris.com
JMagarin@duanemorris.com
JJFannin@duanemorris.com

Sean S. Zabaneh
Andrew J. Rudowitz
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
sszabaneh@duanemorris.com
ajrudowitz@duanemorris.com

*Counsel for Plaintiffs, John F. Morrison, M.D. and the Morrison Clinic, P.A.*

Gabriel L. Imperato
Peter R. Goldman, Esq.
Melissa J. Scott, Esq.
NELSON MULLINS RILEY
 & SCARBOROUGH, LLP
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida 33394
gabriel.imperato@nelsonmullins.com
peter.goldman@nelsonmullins.com
melissa.scott@nelsonmullins.com

*Counsel for Defendants, Neurological Consultants of South Florida, LLC d/b/a Brain and Spine Center of South Florida, and Lloyd Zucker, M.D.*

By: */s/ Jonathan E. Siegelaub*
   **Jonathan E. Siegelaub**